IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0237-CBS

SAMUEL LEMESSA,
    Plaintiff,

v.

LANSEN ENTERPRISES, LLC,
    Defendant.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

    Plaintiff's Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) (filed June 16, 2015) (Doc. # 20) is self-executing upon filing. The Clerk of the Court shall dismiss this civil action and vacate all dates and deadlines.

    DATED at Denver, Colorado, this 16th day of June, 2015.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge